425 A.2d 834

Morris, Appellant v. Morris.

Argued September 11, 1979. Thomas E. Coval, for appellant; William M. O'Connell, III, for appellee.

Before SPAETH, HESTER and CAVANAUGH, JJ.

The order of the lower court is hereby affirmed.

February 6, 1980.

425 A.2d 834

Commonwealth v. Boring, Appellant.

Argued November 15, 1979. Robert G. Kochems, for appellant; Charles S. Hersh, Assistant District Attorney, for Commonwealth, appellee.

Before PRICE, HESTER and CAVANAUGH, JJ.

Order and judgment of sentence affirmed.